IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAUL HARVEY,                   *
                              *
         Plaintiff,       *
                              * C. A. No. 04-1393 (KAJ)
    v.                         *
                              * TRIAL BY JURY DEMANDED
DOLLAR TREE STORES, INC.,   *
a Virginia corporation,     *
                              *
         Defendant.       *

**PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO
FED. R. CIV. P. 26(a)(1)**

Plaintiff Paul Harvey, by and through his attorneys,
Schmittinger and Rodriguez, P.A., hereby discloses the information
required by Fed. R. Civ. P. 26(a)(1) to Defendant as follows:

A.    The following individuals are likely to have
discoverable information that Plaintiff may use to support his
claims (but not solely for impeachment):

1.    Plaintiff;

2.    Mary Poole, Store #53 Manager for Defendant
corporation;

3.    Barbara Boley, Assistant Store #53 Manager for
Defendant corporation;

4.    David Crawford, District Manager for Defendant
corporation;

B.    See Plaintiff's Response to Defendant's Request for
Production for copies of all documents, data compilations, and

tangible things in the possession, custody, or control of Plaintiff that Plaintiff may use to support his claims (but not solely for impeachment), other than information related to Plaintiff's damages.

C.    The categories of damages claimed by Plaintiff are as set forth in Plaintiff's Complaint.  These damages are not subject to quantification at this point. Evidence regarding damages will be provided in discovery as requested by Defendant.

D.    Plaintiff has no obligation for disclosure pursuant to Fed. R. Civ. P. 16(a)(1)(D).

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302)674-0140
Attorneys for Plaintiff

Dated: 3.31.05
WDF:tcl