IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL HARVEY, | * |
| | * |
| Plaintiff, | * |
| | * C. A. No. 04-1393 (KAJ) |
| v. | * |
| | * TRIAL BY JURY DEMANDED |
| DOLLAR TREE STORES, INC., | * |
| a Virginia corporation, | * |
| | * |
| Defendant. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
and
**PLAINTIFF'S RESPONSE TO DEFENDANT'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:    GEORGE A. VOEGELE, JR., ESQ.
Klett Rooney Lieber & Schorling, P.C.
Two Logan Square, 12th Floor
Eighteenth & Arch Streets
Philadelphia, PA 19103-2756

by mailing copies at the address shown above, postage prepaid on
_3·31 05_____, 2005.


SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____ for WDF
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

WDF:tcl