IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL HARVEY, | * |
| Plaintiff, | * |
| v. | * C. A. No. 04-1393 (KAJ) |
| | * TRIAL BY JURY DEMANDED |
| DOLLAR TREE STORES, INC., | * |
| a Virginia corporation, | * |
| Defendant. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT**
and
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT**

to be served upon:

James D. Taylor, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

George Voegele, Jr., Esq.
Klett Rooney Lieber & Schorling
Two Logan Square, 12the Floor
Philadelphia, PA 19103-2756

by mailing regular U.S. mail at the addresses listed above on July 7, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

WDF:tcl