IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL HARVEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 04-1393-KAJ |
| DOLLAR TREE STORES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER RESCHEDULING STATUS CONFERENCE

At Wilmington, this 13th day of July, 2005

IT IS ORDERED that:

1. A telephonic status conference to be initiated by plaintiff's counsel has been rescheduled from Thursday, July 21, 2005 at 4:30 to **Wednesday, August 3, 2005 at 4:30 p.m.**

2. Prior to the telephone conference scheduled herein, counsel shall confer and submit a joint Status Report not later than three (3) business days prior to the conference with the Court.

UNITED STATES DISTRICT JUDGE