NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
P. KRISTEN BENNETT
LORI A. BREWINGTON

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE  19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

July 28, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    RE:    **Paul Harvey v. Dollar Tree Stores, Inc.**
            <u>**Civil Action No.: 04-1393 (KAJ)**</u>

Dear Judge Jordan:

This status report regarding the above-captioned matter is filed jointly by the undersigned counsel for plaintiff Paul Harvey and by George A. Voegele, Jr., Esquire, counsel for Dollar Tree Stores, Inc.

Plaintiff's Initial Disclosures Made Pursuant to Federal Rule of Civil Procedure 26 (a)(1) were filed and served on Defendant on March 31, 2005. Defendant served Plaintiff with Initial Disclosures on January 31, 2005. On January 31, 2005, Defendant also served Plaintiff with Defendant's First Set of Interrogatories and Request For Production directed to Plaintiff. Pursuant to an extension granted by defendant, on March 31, 2005, Plaintiff served Defendant with Plaintiff's Answers To Defendant's First Set of Interrogatories and Plaintiff's Responses to Defendant's Request for Production of Documents. Plaintiff served Defendant with its First Set of Interrogatories and Request For Production on July 7, 2005. Both parties have agreed to complete discovery by September 1, 2005.

The oral deposition of the Plaintiff was taken on July 6, 2005. Plaintiff has informed defense counsel of his intention to take the depositions of current Dollar Tree employees Mary Poole and Dave Crawford, as well as the deposition of former Dollar Tree employee Barbara Boley. These depositions are currently being scheduled.

A mediation conference is scheduled for Thursday, September 15, 2005, beginning at 10:00 a.m.

Both parties have agreed to waive the interim status conference call scheduled for August 3, 2005.

July 28, 2005
Page 2

Should the Court feel that the conference call is necessary, however, counsel stand ready to participate.

Respectfully submitted,

NOEL E. PRIMOS
(Bar I.D. #3124)

cc:     William D. Fletcher, Jr., Esq. (I.D. #362)
        George A. Voegele, Jr., Esq. (pro hac vice)
        James D. Taylor, Jr. (I.D. #4009)