IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL HARVEY, | * |
|     Plaintiff, | * |
| v. | * C. A. No. 04-1393 (KAJ) |
| DOLLAR TREE STORES, INC., a Virginia corporation, | * TRIAL BY JURY DEMANDED |
|     Defendant. | * |

## NOTICE OF DEPOSITIONS

TO:   GEORGE A. VOEGELE, JR., ESQ.    ELIZABETH MALLOY, ESQ.
        Klett Rooney Lieber & Schorling, P.C.    Klett Rooney Lieber & Schorling, P.C.
        Two Logan Square, 12th Floor    The Brandywine Building
        Eighteenth & Arch Streets    1000 West Street, Suite 1410
        Philadelphia, PA 19103    Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of Mary Poole and Barbara Boley on **Thursday, August 25, 2005, beginning at 9:30 a.m.** The depositions will take place at the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, DE 19901.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
    William D. Fletcher, Jr.
    Bar ID #362
    414 S. State Street
    P.O. Box 497
    Dover, DE 19903-0497
    302-674-0140
    Attorneys for Plaintiff

Dated: 8/5/05

cc: Cheryl Anthony