## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**NOTICE OF DEPOSITIONS**
**Mary Pole and Barbara Boley**

to be served upon:

GEORGE A. VOEGELE, JR., ESQ.
Klett Rooney Lieber & Schorling, P.C.
Two Logan Square, 12th Floor
Eighteenth & Arch Streets
Philadelphia, PA 19103

ELIZABETH MALLOY, ESQ.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

by mailing copies to address shown above, postage prepaid on August __5__, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:tcl