IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL HARVEY, | * |
| Plaintiff, | * |
| | * C. A. No. 04-1393 (KAJ) |
| v. | * |
| | * TRIAL BY JURY DEMANDED |
| DOLLAR TREE STORES, INC., | * |
| a Virginia corporation, | * |
| Defendant. | * |

## RE-NOTICE OF DEPOSITION

TO: GEORGE A. VOEGELE, JR., ESQ.  ELIZABETH MALLOY, ESQ.
Klett Rooney Lieber & Schorling, P.C.  Klett Rooney Lieber & Schorling, P.C.
Two Logan Square, 12th Floor  The Brandywine Building
Eighteenth & Arch Streets  1000 West Street, Suite 1410
Philadelphia, PA 19103  Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of David Crawford on **Thursday, September 1, 2005, beginning at 2:30 p.m.** The deposition will take place at the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, DE 19901.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
William D. Fletcher, Jr.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

Dated:

cc: Cheryl Anthony