## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**RE-NOTICE OF DEPOSITION
of David Crawford**

to be served upon:

| | |
|---|---|
| GEORGE A. VOEGELE, JR., ESQ.<br>Klett Rooney Lieber & Schorling, P.C.<br>Two Logan Square, 12th Floor<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103 | ELIZABETH MALLOY, ESQ.<br>Klett Rooney Lieber & Schorling, P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |

by mailing copies to address shown above, postage prepaid on August _____, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:tcl