IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL HARVEY, | : |
| | : |
| v. | : C.A. No. 04-1393 |
| | : |
| DOLLAR TREE STORES, INC. | : |

**MOTION OF DEFENDANT DOLLAR TREE STORES, INC.
FOR LEAVE TO FILE FIRST AMENDED ANSWER**

Pursuant to Federal Rule of Civil Procedure 15(a), defendant Dollar Tree Stores, Inc. hereby moves this Court for leave to file an Amended Answer. Plaintiff does not oppose this Motion. Defendant's proposed First Amended Answer is attached as Exhibit "A" to this Motion. In support of the Motion, defendant relies upon the attached Memorandum of Law.

WHEREFORE, defendant respectfully requests that this Court grant it leave to file an Amended Answer in this action.

KLETT ROONEY LIEBER & SCHORLING

_____
James D. Taylor, Jr. (#4009)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

and

Elizabeth A. Malloy *(admitted pro hac)*
George A. Voegele, Jr. *(admitted pro hac)*
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
Philadelphia, PA 19103

August 16, 2005               *Attorneys for Defendant*

247483