IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1393-KAJ |
| DOLLAR TREE STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, James D. Taylor, Jr., hereby certify that on August 16, 2005 I electronically filed **Defendant's Motion for Leave to File First Amended Answer and Memorandum of Law in Support** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

KLETT ROONEY LIEBER & SCHORLING

BY: _____
James D. Taylor, Jr. (#4009)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jtaylor@klettrooney.com

and

Elizabeth A. Malloy (*admitted pro hac*)
George A. Voegele, Jr. (*admitted pro hac*)
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
Philadelphia, PA. 19103
*Attorneys for Defendant*

60414