Case 1:04-cv-01393-KAJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAUL HARVEY, :
:
v. : C.A. No. 04-1393
:
DOLLAR TREE STORES, INC. :

### ORDER

AND NOW, this 2nd day of August, 2005, upon consideration of the unopposed Motion of Defendant Dollar Tree Stores, Inc. for leave to file a First Amended Answer, it is hereby ORDERED that Defendant's Motion is GRANTED, and Defendant is deemed to have filed the First Amended Answer attached as Exhibit A to Defendant's Motion.

IT IS ORDERED.

_____
J.