IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL HARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 04-1393-KAJ |
| DOLLAR TREE STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, James D. Taylor, Jr., hereby certify that on August 22, 2005, **Defendant Dollar Tree Stores, Inc.'s Answers to Plaintiff's First Set of Interrogatories and Document Requests** were served via first-class mail by the office of George A. Voegele, Jr., Esquire, upon the following:

>William D. Fletcher, Esquire
>Schmittinger & Rodriguez
>414 S. State Street
>P.O. Box 497
>Dover, DE. 19901

KLETT ROONEY LIEBER & SCHORLING

BY: _____

Elizabeth A. Malloy (*admitted pro hac*)
George A. Voegele, Jr.(*admitted pro hac*)
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
Philadelphia, PA. 19103

James D. Taylor, Jr. (#4009)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jtaylor@klettrooney.com
*Attorneys for Defendant*

August 26, 2005

60414