IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL HARVEY | : |
| | : |
| v. | : C.A. No. 04-1393 |
| | : |
| DOLLAR TREE STORES, INC. | : |

## STIPULATION OF DISMISSAL

Counsel for plaintiff, Paul Harvey, and counsel for Defendant, Dollar Tree Stores, Inc., hereby stipulated, pursuant to Fed.R.Civ.P. 41(a), that all claims in the Complaint are dismissed with prejudice, with each party to bear its own fees and costs.

_____
William D. Fletcher
Noel Primos
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19901

Counsel for Plaintiff
Paul Harvey

_____
James D. Taylor, Jr.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Elizabeth A. Malloy (admitted pro hac)
George A. Voegele, Jr. (admitted pro hac)
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756

Counsel for Defendant
Dollar Tree Stores, Inc.