IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAUL HARVEY          :
                     :
v.                   :    C.A. No. 04-1393
                     :
DOLLAR TREE STORES, INC.  :

ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, however the Court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement between the parties.

_____
                                            J.