## CERTIFICATE OF SERVICE

I, James D. Taylor, Jr., do hereby certify that the foregoing **Stipulation of Dismissal** was served this 27th day of October, 2005, by first-class mail, postage prepaid, upon the following counsel:

William D. Fletcher, Esquire
Noel Primos, Esquire
Schmittinger & Rodriquez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE  19901

James D. Taylor, Jr. (#4009)