IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAUL HARVEY                           :
                                      :
v.                                    :    C.A. No. 04-1393
                                      :
DOLLAR TREE STORES, INC.              :

ORDER

AND NOW, this 27th day of Oct., 2005, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, however the Court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement between the parties.

_____ J.